AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Eric Bonner | ) | Case No: 1:99-cr-45-001 |
|  | ) | USM No: 15916-074 |
| Date of Previous Judgment: January 21, 2000 | ) | Anthony Martinez |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ✖ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❒ DENIED. ✖ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __188__ months **is reduced to** __151__ months. If this revised sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "time served" sentence.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 33 | |
| Criminal History Category: | I | Criminal History Category: | I | |
| Previous Guideline Range: | 168 to 210 months | Amended Guideline Range: | 135 to 168 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
✖ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __January 21, 2000__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: October 29, 2008

*/s/ R. Allan Edgar*
Judge's signature

Effective Date: _____
(if different from order date)

R. Allan Edgar, United States District Judge
Printed name and title